UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# RELATED CASE ORDER

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me. Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

**13-md-02420-YGR**     **IN RE LITHIUM ION BATTERIES ANTITRUST LITIGATION**

**C 12-06446 LB**     **Levy v. LG Chem, LTD. Et al**

I find that the above case is related to the case assigned to me. __YGR__

**C 13-00361 JST**     **Lepore v. LG Chem, LTD. Et al**

I find that the above case is related to the case assigned to me. __YGR__

**C 13-00686 MEJ**     **Cabral et al v. Hitachi Maxwell, Ltd. Et al**

I find that the above case is related to the case assigned to me. __YGR__

**C 13-00709 NC**     **Le v. LG Chem, LTD et al**

I find that the above case is related to the case assigned to me. __YGR__

**C 13-00926 JCS**     **Hathaway v. LG Chem Ltd. Et al**

I find that the above case is related to the case assigned to me. __YGR__

**C 13-00928 JSC**     **Bryant v. LG Chem, LTD et al**

I find that the above case is related to the case assigned to me. __YGR__

**C 13-00929 SBA**      McGuinness v. LG Chem Ltd. Et al

      I find that the above case is related to the case assigned to me. __YGR__

**C 13-00975 DMR**     McGranahan v. LG Chem Ltd. Et al

      I find that the above case is related to the case assigned to me. __YGR__

**C 13-00976 LB**       Petree v. LG Chem, LTD et al

      I find that the above case is related to the case assigned to me. __YGR__

**C 13-01030 LB**       Gallardo v. LG Chem, LTD. Et al

      I find that the above case is related to the case assigned to me. __YGR__

**C 13-01131 JCS**      Lincoln v. LG Chem Ltd. Et al

      I find that the above case is related to the case assigned to me. __YGR__

**C 13-01189 MEJ**      Hernandez v. LG Chem Ltd. Et al

      I find that the above case is related to the case assigned to me. __YGR__

**C 13-01194 DMR**     Ames et al v. LG Chem Ltd. Et al

      I find that the above case is related to the case assigned to me. __YGR__

**C 13-01298 MEJ**      Walner v. Samsung SDI Co., Ltd. Et al

      I find that the above case is related to the case assigned to me. __YGR__

**C 13-01379 JST**      Juncaj et al v. LG Chem Ltd. Et al

      I find that the above case is related to the case assigned to me. __YGR__

<u>C 13-01397 NC</u>     <u>Gibbons et al v. LG Chem, LTD et al</u>

**I find that the above case is related to the case assigned to me.** <u>  YGR  </u>

### ORDER

Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated: <u>April 19, 2013</u>                         _____

                                U.S. District Judge Yvonne Gonzalez Rogers

## CLERK'S NOTICE

The court has reviewed the motion and determined that no cases are related and no reassignments shall occur.

Richard W. Wieking, Clerk

**DATED:** _____    **By:** _____
                                                                  **Deputy Clerk**

## CERTIFICATE OF SERVICE

      I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record or *pro se* party in the cases listed above.

**Richard W. Wieking, Clerk**

**DATED:**   April 19, 2013              **By:**   Frances Stone
                                                                                                                        **Deputy Clerk**

Copies to:  Courtroom Deputies
                Case Systems Administrators
                Counsel of Record
Entered into Assignment Program: _____(date)